IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 13-cr-00039-4 |
| WILLIE SINGLETARY | : | |

### ORDER

**AND NOW,** this 29th day of April, 2014, upon consideration of Willie Singletary's Motion for Joinder in Co-Defendant Michael J. Sullivan's Motion for Dismissal of Certain Wire Fraud Counts of the Indictment for Lack of Subject Matter Jurisdiction (Doc. No. 201), it is hereby that the Motion is **GRANTED IN PART** and **DENIED IN PART**.

The Motion is **GRANTED** regarding Count 28, which is the pertinent wire fraud count against Willie Singletary that involves "Interstate transmission of adjudication batch." The Motion is **DENIED** regarding Counts 8 and 38.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE